# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LEGACY ENTERTAINMENT
& ARTS FOUNDATION, INC d/b/a
LAWYERS MATTER TASK FORCE;
BLACK LIVES MATTER TAMPA, LLC;
COMMUNITY EQUITY PROJECT;
AND LEWANNA GELZER.

       **Plaintiffs,**

V.         Case No.: 6:21-cv-00698

RONALD DION DESANTIS, in his official
capacity as Governor of the State of Florida;
ASHLEY BROOKE MOODY, in her official
Capacity as Attorney General of the State of
Florida; and JOHN WILLIAM MINA, in his
official capacity as Sheriff of Orange County,
Florida.

       **Defendants.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), Plaintiffs, Legacy Entertainment & Arts Foundation, Inc., d/b/a Lawyers Matter Task Force, Black Lives Matter Tampa, LLC, Community Equity Project, and Lewanna Gelzer, by and through their undersigned attorneys, certify that the instant action:

1

2

___**X**___ IS related to a pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Dream Defenders, et al. v. Gov. DeSantis, et al.*, Case No.: 4:21-cv-00191, Northern District of Florida.

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 21st day of May, 2021.

s/Aaron Carter Bates_____
Aaron Carter Bates
Florida Bar No. 011749
BATES LAW PLLC
111 N. Orange Ave., Suite 834
Orlando, FL 32801
Phone: (407) 476-0620 ex.1620
Fax: (407) 627-1293
abates@fltriallawyers.com


Camara Williams, Esq.
Florida Bar No. 0077133
cwilliams@swtglaw.com
Divinne Smith, Esq
Florida Bar No. 0064907

2

dsmith@swtglaw.com
SMITH & WILLIAMS TRIAL GROUP PLLC
2295 South Hiawassee Road, Suite 318
Orlando, Florida 32835
Telephone:  888-798-4529
Mobile: 407-719-0619
Facsimile:  321/221.7633

**Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of May, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                    s/Aaron C. Bates_____
                                        Aaron C. Bates, Esq.