IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEGACY ENTERTAINMENT
& ARTS FOUNDATION, INC d/b/a
LAWYERS MATTER TASK FORCE;
BLACK LIVES MATTER TAMPA, LLC;
COMMUNITY EMPOWERMENT PROJECT, INC.;
AND LEWANNA GELZER.**

   **Plaintiffs,**

V.                 Case No.: **6:21-cv-00698**

**RONALD DION DESANTIS, in his official
capacity as Governor of the State of Florida;
ASHLEY BROOKE MOODY, in her official
Capacity as Attorney General of the State of
Florida; and JOHN WILLIAM MINA, in his
official capacity as Sheriff of Orange County,
Florida;**

   **Defendants.**



**NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

Plaintiffs-Appellants, Legacy Entertainment & Arts Foundation, Inc., d/b/a Lawyers Matter Task Force, Black Lives Matter Tampa, LLC, Community Equity Project, and Lewanna Gelzer (collectively "Plaintiffs"), by and through undersigned counsel, and pursuant to Fed. R. App. P. 3, hereby give notice of appeal to the United States Court of Appeals for the Eleventh Circuit of the

1

following order(s) of the United States District Court for the Middle District of Florida:

1. That certain order, entered on August 20, 2021, granting the motions to dismiss filed by Governor Ronald Dion DeSantis ("DeSantis") [Doc. 33[1]], Attorney General Ashley Brooke Moody ("Moody") [Doc. 32], and Orange County Sheriff John Williams Mina ("Mina") [Doc. 25] (collectively "Defendants"). Doc. 48. The order found that Plaintiffs lacked cognizable standing under Article III of the United States Constitution. Id.[2]

2. The names of all parties to the order(s) appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| James W. Uthmeier | Aaron Carter Bates |
| Florida Bar No. 113156 | Florida Bar No. 011749 |
| Nicholas Mero | BATES LAW PLLC |
| Florida Bar No. 120270 | 111 N. Orange Avenue, 8th Floor |
| OFFICE OF THE GOVERNOR | Orlando, FL 32801 |
| The Capitol, PL-5 | Phone: (407) 476-0620 ex.1620 |
| 400 S. Monroe Street | Fax: (407) 627-1293 |
| Tallahassee, FL 32399 | acbates@fltriallawyers.com |
| Phone: (850) 717-9310 | |
| Facsimile: (850) 488-9810 | and |
| James.Uthmeier@eog.myflorida.com | |

---

[1] Additionally, DeSantis's individual motion to dismiss was granted for "lack of jurisdiction." See Doc. 48.

[2] In closing, the district court "emphasize[d] that its holding is limited to the extremely narrow issue of whether *these particular Plaintiffs have standing to sue in this particular case. The Statute could very well be applied in an unconstitutional manner and have an unconstitutional chilling effect on speech.*" Id. at pg. 13 (emphasis added).

Nicholas.Meros@eog.myflorida.com
Gov.legal@eog.myflorida.com
**Counsel for Defendant DeSantis**

Anita J. Patel, Esq.
Fla. Bar No.: 0070214
OFFICE OF THE ATTORNEY GENERAL
The Capitol - PL 01
Tallahassee, FL 32399-1050
Ph.: (850) 414-3694
anita.patel@myfloridalegal.com
**Counsel for Defendant Moody**

AND

Austin Moore
Florida Bar No. 0643262
Eric D. Dunlap
Florida Bar No. 897477
ORANGE COUNTY SHERIFF'S OFFICE
2500 West Colonial Drive
Orlando, FL 32804
Ph.: (407) 254-7170
Austin.Moore@ocfl.net
Eric.Dunlap@ocfl.net
**Counsel for Defendant Mina**

Camara Williams, Esq.
Florida Bar No. 0077133
cwilliams@swtglaw.com
SMITH & WILLIAMS TRIAL GROUP
2295 S. Hiawassee Rd., Ste. 318
Orlando, Florida 32835
Ph.: 888-798-4529
Fax: 321-221-7633

**Counsel for Plaintiffs**

Respectfully submitted this 3rd day of September, 2021.

s/Aaron Carter Bates
Aaron Carter Bates
Florida Bar No. 011749
BATES LAW PLLC
111 N. Orange Ave., Suite 834
Orlando, FL 32801
Phone: (407) 476-0620 ex.1620
Fax: (407) 627-1293

Camara Williams, Esq.
Florida Bar No. 0077133
Smith & Williams Trial Group
2295 S. Hiawassee Rd., Ste. 318
Orlando, Florida 32835
Ph.: 888-798-4529
Fax: 321-221-7633

abates@fltriallawyers.com                    cwilliams@swtglaw.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September, 2021, I electronically filed the foregoing with the Court's CM/ECF portal system, which provides notice of electronic filing to all parties named on the attached Service List or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                              s/Aaron C. Bates_____
                              Aaron Carter Bates, Esq.

## **SERVICE LIST**

James W. Uthmeier
Florida Bar No. 113156
Nicholas Mero
Florida Bar No. 120270
OFFICE OF THE GOVERNOR
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
Phone: (850) 717-9310
Facsimile: (850) 488-9810
James.Uthmeier@eog.myflorida.com
Nicholas.Meros@eog.myflorida.com
Gov.legal@eog.myflorida.com

Austin Moore
Florida Bar No. 0643262
Eric D. Dunlap
Florida Bar No. 897477
ORANGE COUNTY SHERIFF'S OFFICE
2500 West Colonial Drive
Orlando, FL 32804
Ph.: (407) 254-7170
Austin.Moore@ocfl.net
Eric.Dunlap@ocfl.net

AND

Anita J. Patel, Esq.
Fla. Bar No.: 0070214
OFFICE OF THE ATTORNEY GENERAL
The Capitol - PL 01
Tallahassee, FL 32399-1050
Ph.: (850) 414-3694
anita.patel@myfloridalegal.com

**Counsel for Defendants**