# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 28, 2021

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 21-13069-JJ
Case Style: Legacy Entertainment & Arts Foundation, Inc., et al v. John Mina, et al
District Court Docket No: 6:21-cv-00698-PGB-DCI

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 10/19/2021.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Entry of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany Tucker, JJ
Phone #: (404)335-6193

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 21-13069-JJ
_____

LEGACY ENTERTAINMENT & ARTS FOUNDATION, INC.,
d.b.a. Lawyers Matter Task Force,
FICTITIOUS PLAINTIFF 1,
LAWANNA GELZER,
BLACK LIVES MATTER TAMPA, LLC,
COMMUNITY EMPOWERMENT PROJECT, INC.,

            Plaintiffs - Appellants,

versus

JOHN WILLIAM MINA,
in his official capacity as Sheriff of Orange County, Florida,
RONALD DION DESANTIS,
in his official capacity as Governor of the State of Florida,
ASHLEY BROOKE MOODY,
in her official capacity as Attorney General of the State of Florida,

            Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Black Lives Matter Tampa, LLC, Community Empowerment Project, Inc., Fictitious Plaintiff 1, Lawanna Gelzer and Legacy Entertainment & Arts Foundation, Inc. has failed to file an appellants' brief within the time fixed by the rules, effective October 28, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Tiffany Tucker, JJ, Deputy Clerk

            FOR THE COURT - BY DIRECTION